IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

GERONIMO VELASQUEZ-GOMEZ )
)
      Plaintiff (s) )
vs. )   Civil No.  07-05089-CV-SW-DW
)   Crim. No.  05-05037-03-CR-SW-DW
UNITED STATES OF AMERICA )
)
)
      Defendant (s) )

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

      **ORDERED:** that Smith's 28 U.S.C. Section 2255 Motion is **DENIED**. Defendant is denied a certificate of appealability.

      PATRICIA L. BRUNE, CLERK

Date: December 7, 2007        By:   /s/ Y. Johnson
                                                                                     Deputy Clerk